BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GOMEZ-OROPEZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-03-156 WHA |
| Plaintiff, | [PROPOSED] ORDER RE: ECF E-MAIL NOTIFICATION |
| vs. | |
| SALVADOR GOMEZ-OROPEZA | |
| Defendant. | |

AFPD's Rebecca Silbert, Elizabeth Falk, and Steven Kalar are listed as ECF recipients in the above-entitled case. None of these counsel represent any defendant in this action. AFPD Ronald Tyler represented a co-defendant in this matter, Salvador Gomez-Oropeza. That defendant has been sentenced, and Mr. Tyler should not be receiving further ECF updates on co-defendant filings. Therefore, Ms. Silbert, Ms. Falk, Mr. Kalar, and Mr. Tyler shall be removed from the ECF e-mail notification list in the above-entitled case.

IT IS SO ORDERED.

DATE: March 13, 2007

_____
William H. Alsup
UNITED STATES DISTRICT COURT JUDGE